PINCUS COHN, Respondent, *v.* DANIEL SPITZER et al., Appellants.

*Cohn* v. *Spitzer,* 145 App. Div. 104, affirmed.
(Argued February 5, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, without a jury, in an action to recover upon a bond executed by defendants to accompany a second mortgage upon real property, the lien of which had been subsequently extinguished by the foreclosure of the first mortgage.

*Alexander Pfeiffer* for appellants.

*Warren Tubbs* and *Michael M. Cohn* for respondent.

Judgment affirmed, with costs, on opinion of SPRING, J., below.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.